UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLES C. FOTI, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-3665** |
| **WARNER-LAMBERT CO., L.L.C. AND PFIZER, INC.** | **SECTION "K"(2)** |

### ORDER

Before the Court is Petitioners' Motion for Expedited Consideration with Incorporated Memorandum in which plaintiffs seek an expedited hearing on its Motion to Remand in the above-styled case. Defendants filed on August 4, 2005, a "Tag Along Notice" with the Judicial Panel on Multidistrict Litigation. Thus, the Court anticipates that an order conditionally transferring this matter is forthcoming. Nonetheless, plaintiffs seek to have the Court render its decisions on its Motion to Remand prior to the Court's receiving an order transferring it to the *Rezulin* MDL 1348 pending in the Southern District of New York.

It is the practice of this Court in complex litigation of this nature to enter a stay based upon the interest of judicial economy. This Court finds it appropriate to stay the matter pending resolution of the transfer issue by the MDL panel for the following reasons: (1) a stay will promote judicial efficiency and decrease the possibility of inconsistent pre-trial rulings on similar points of law and (2) plaintiffs are not prejudiced because they can file objections to the transfer of this case

before the MDL panel, and (3) the stay is only in effect until the MDL panel issues its decision on the transfer issue. In either forum (this Court or before the MDL panel), plaintiff will eventually have its motion to remand resolved. *See Boudreaux v. Metropolitan Life Ins. Co.*, 1995 WL 83788 (E.D.La. Feb. 24, 1995). Accordingly,

**IT IS ORDERED** that all proceedings in this Court are hereby **STAYED** until the Judicial Panel on Multidistrict Litigation makes a determination as to whether this case is to be transferred to the ongoing MDL proceeding.

New Orleans, Louisiana, this   16th   day of August, 2005.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**